UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 09723
   BRADLEY M BONIFAS
   PAULA M BONIFAS                        CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-2090    SSN XXX-XX-4986
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/30/07 and confirmed on 07/19/07.

2. The case was dismissed after confirmation, 01/17/2008.

3. The Debtor paid a total of $ 9500.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL | SECURED | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 207.12 | .00 | 207.12 |
| FIFTH THIRD BANK | SECURED | 46469.07 | 769.50 | 6393.38 |
| ALLEN D BLOOM MD | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| HFC/BENEFICIAL | UNSECURED | NOT FILED | .00 | .00 |
| BRIGHT HOUSE NETWORKS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS PROTECTION SER | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GUARDIAN ANESTHESIA ASSO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| SOUMA DIAGNOSTICS LTD | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 46676.19 | .00 | .00 | .00 | 46676.19 |
| PRINCIPAL PAID | 6600.50 | .00 | .00 | .00 | 6600.50 |

```
INTEREST PAID              769.50           .00         .00         .00      769.50
TOTAL PAID                7370.00           .00         .00         .00     7370.00
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   3500.00 and was paid $   1750.00  direct and $   1750.00  through the plan.

The Trustee received $     380.00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE